Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

DOROTHEA L. MEYER, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, as Executor, etc., of WILLIAM MEYER, Deceased, Defendant, and CHARLES MEYER and EMMA MEYER, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

MONROE MILLER & Co., INC., and PHILIP J. MILLER, Appellants, v. SUSAN E. DRAKE, Now Known as SUSAN ELIZABETH DRAKE SEARS, Respondent.— Motion for stay denied. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

THOMAS J. MURPHY, INC., Respondent, v. AMSTERDAM BUILDING COMPANY, INC., Appellant.— Motion for reargument of motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

MARY O'KEEFE, as Administratrix, etc., of THOMAS P. O'KEEFE, Deceased, Respondent, v. WILLIAM HALSTEAD, Defendant, and JOHN HERBERT KING and WILLIAM SCOTT and JAMES T. SCOTT, Copartners, Doing Business under the Firm Name and Style of SCOTT BROS., Appellants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

HUGH L. OPPENHEIM, Respondent, v. NATIONAL SURETY COMPANY OF NEW YORK, Appellant, and HARTFORD ACCIDENT AND INDEMNITY COMPANY OF HART-FORD, CONNECTICUT, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

JULIUS J. POPPER, Appellant, v. S. I. K. CORPORATION, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1930, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

JACOB POSTER, Respondent, v. HILL-CASTLE CONSTRUCTION Co., INC., and Others, Defendants, and NOBILE-NORGE BUILDING CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

GEORGE M. PRICE, Respondent, v. BARRETT MANOR REALTY CORPORATION and Others, Appellants. (Appeal No. 1.) — Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

GEORGE M. PRICE, Respondent, v. BARRETT MANOR REALTY CORPORATION and Others, Appellants. (Appeal No. 2.) — Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TONY MARTUCCI, Appellant.— Motion to dismiss appeal granted and appeal dismissed. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY QUINN, Appellant.— Motion to enlarge time granted upon condition that appellant perfect the appeal for the January, 1930, term (People v. Kautzmann. 219 App. Div.